**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter   **7**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Wayron, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-2180237** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1133 California Way** <br> **Longview, WA 98632** <br> Number, Street, City, State & ZIP Code | **POB 1059** <br> **Longview, WA 98632** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Cowlitz** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.wayron.com** |

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 17-41744-BDL    Doc 1    Filed 05/01/17    Ent. 05/01/17 12:59:47    Pg. 1 of 62

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>3323</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?  _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?**  _____

  Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

## ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

.  *Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 1, 2017**
_____
MM / DD / YYYY

**X** **/s/ Jeff Spendlove**
_____
Signature of authorized representative of debtor

**Jeff Spendlove**
_____
Printed name

Title  **Member**
_____

**18. Signature of attorney**

**X** **/s/ Albert N. Kennedy**
_____
Signature of attorney for debtor

Date  **May 1, 2017**
_____
MM / DD / YYYY

**Albert N. Kennedy**
_____
Printed name

**Tonkon Torp LLP**
_____
Firm name

**1600 Pioneer Tower
888 SW Fifth Ave
Portland, OR 97204-2099**
_____
Number, Street, City, State & ZIP Code

Contact phone  **503-221-1440**
_____

Email address  **albert.kennedy@tonkon.com**
_____

**WSBA No. 15074**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Wayron, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 1, 2017**      *X* **/s/ Jeff Spendlove**
                                         Signature of individual signing on behalf of debtor

                                             **Jeff Spendlove**
                                             Printed name

                                             **Member**
                                             Position or relationship to debtor

Debtor name **Wayron, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................   $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................   $     **49,808.66**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................   $     **49,808.66**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **195,546.09**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     **938,327.80**

4.  **Total liabilities** ..............................................................................................................
    Lines 2 + 3a + 3b   $     **1,133,873.89**

| Fill in this information to identify the case: |

Debtor name **Wayron, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank** | **Checking Account** | **5371** | **$5,268.45** |
| 3.2. | **US Bank** | **Checking Account** | **5389** | **$288.38** |
| 3.3. | **US Bank** | **Checking Account** | **5405** | **$400.29** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $5,957.12 |
|---|

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ Yes Fill in the information below.

11.     **Accounts receivable**

   11b. Over 90 days old:        **23,590.22**        -        **0.00**  =....        **$23,590.22**
                           face amount                  doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                  | **$23,590.22** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **1983 white GMC Curbmaster van. VIN 1GDHP32T9D3502397.** | **Unknown** | **FMV** | **$500.00** |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     **See attached.  Located at 1133 California Way, Longview, WA; 1110 California Way, Longview, WA; 1201 Baltimore St., Longview, WA; 1215 Baltimore St., Longview, WA; and 1221 Baltimore St., Longview, WA.**          Unknown      FMV                              $19,330.00

51.  **Total of Part 8.**                                                                                        $19,830.00

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
|  | **Washington state excise tax refund**      Tax year  **2016** | $431.32 |

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                    $431.32

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

## ATTACHMENT TO SCHEDULE B
## WAYRON, LLC EQUIPMENT LIST

| DESCRIPTION | QUANTITY | FMV | TOTAL VALUE |
|---|---|---|---|
| 1983 GMC Van | 1 | $ 500.00 | $ 500.00 |
| Battery-Powered Respirator | 2 | $ 50.00 | $ 100.00 |
| Chairs | 19 | $ 10.00 | $ 190.00 |
| Desks, Office | 10 | $ 50.00 | $ 500.00 |
| Desks, Storage | 2 | $ 50.00 | $ 100.00 |
| Fax Machine | 1 | $ 25.00 | $ 25.00 |
| Filing Cabinets, Short | 4 | $ 10.00 | $ 40.00 |
| Filing Cabinets, Tall | 10 | $ 25.00 | $ 250.00 |
| Laser Printer | 1 | $ 50.00 | $ 50.00 |
| Office Chairs | 15 | $ 10.00 | $ 150.00 |
| Scanner | 1 | $ 25.00 | $ 25.00 |
| Tables, Drafting | 3 | $ 50.00 | $ 150.00 |
| Misc Office/Desk Supplies | 1 | $ 250.00 | $ 250.00 |
| Cranes | 17 | $ 1,000.00 | $ 17,000.00 |
| **TOTAL:** | | | **$ 19,330.00** |

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,957.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $23,590.22 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $19,830.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $431.32 | |
| 91. **Total.** Add lines 80 through 90 for each column | $49,808.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $49,808.66 |

**Fill in this information to identify the case:**

Debtor name    **Wayron, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **Faye Dietz and Jeff Spendlove**

Creditor's Name

**2853 NE Cole Avenue
McMinnville, OR 97128**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
9/12/2013**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC # 2013-255-8581-8.**

**Describe the lien**
**Promissory Note in original amount of $600,000**

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $195,546.09 | $0.00 |
|---|---|---|

**3.**   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$195,546.09** |

**List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Faye Dietz<br>2853 NE Cole Avenue<br>McMinniville, OR 97128** | Line **2.1** | |
| **Jeff Spendlove<br>17907 Beaver Falls Rd<br>Clatskanie, OR 97016** | Line **2.1** | |

Debtor name **Wayron, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| | |
|---|---|
| **Attorney General s Office-State of WA**<br>**Attn Zachary Mosner, Asst Atty General**<br>**Bankruptcy & Collections Unit**<br>**800 Fifth Ave #2000**<br>**Seattle, WA 98104-3188** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Precautionary - State taxes** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | | |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| | |
|---|---|
| **City of Longview**<br>**Finance Department**<br>**PO Box 128**<br>**Longview, WA 98632** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Precautionary - City taxes** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Case 17-41744-BDL    Doc 1    Filed 05/01/17    Ent. 05/01/17 12:59:47    Pg. 14 of 62

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|----------------------------------------------|-----------------------------------------------|-------|-------|

**IRS**
**POB 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary - Federal taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|----------------------------------------------|-----------------------------------------------|-------|-------|

**ODR Bkcy**
**955 Center NE #353**
**Salem, OR 97301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary - State taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|----------------------------------------------|-----------------------------------------------|-------|-------|

**Oregon Dept of Revenue**
**PO Box 14800**
**Salem, OR 97309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary - State taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|----------------------------------------------|-----------------------------------------------|-------|-------|

**U.S. Attorney's Office**
**Attn: Bankruptcy Assistant**
**700 Stewart St, #5220**
**Seattle, WA 98101-1271**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary - Federal taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,027.35** |
|---|---|---|---|

**Ace Galvanizing**
429 South 96th St
Seattle, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,786.05** |
|---|---|---|---|

**Advanced Finishing Systems**
2304 N Killinsworth
Portland, OR 97217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Air Pro Heating and Cooling**
967 3rd Ave
Longview, WA 98632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Airgas USA, LLC**
1165 Columbia Blvd
Longview, WA 98632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Akzo Nobel Paint**
POB 847120
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,917.44** |
|---|---|---|---|

**Alaska Cascade Financial Svcs**
2005 SW 356th St
POB 4162
Federal Way, WA 98023

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Collection matter**

Last 4 digits of account number **port**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Workforce Group, Inc.**
1104 14th Ave
Longview, WA 98632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Andrew P Spendlove** | ☐ Contingent | |
| | **2016 42nd Ave** | ☐ Unliquidated | |
| | **Longview, WA 98632** | ☐ Disputed | |
| | Date(s) debt was incurred  **N/A** | Basis for the claim:  **Precautionary - Wages** | |
| | Last 4 digits of account number  **N/A** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Applied Industrial Tech** | ☐ Contingent | |
| | **POB 100538** | ☐ Unliquidated | |
| | **Pasadena, CA 91189** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Precautionary.** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Arthur J Martinez, Jr** | ☐ Contingent | |
| | **1908 Dorothy #3** | ☐ Unliquidated | |
| | **Longview, WA 98632** | ☐ Disputed | |
| | Date(s) debt was incurred  **N/A** | Basis for the claim:  **Precautionary - Wages** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.42** |
| | **AT&T Mobility** | ☐ Contingent | |
| | **POB 6463** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Telephone services.** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Baxter Auto Parts, Inc.** | ☐ Contingent | |
| | **8444 N Whitaker Rd** | ☐ Unliquidated | |
| | **Portland, OR 97217** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Precautionary.** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$431.61** |
| | **Boilermaker Nat'l Funds** | ☐ Contingent | |
| | **Wilson-McShane Corp** | ☐ Unliquidated | |
| | **Attn: Kay Min** | ■ Disputed | |
| | **754 Minnesota Ave** | | |
| | **Dkansas City, KS 66101** | Basis for the claim:  **Late Fees** | |
| | Date(s) debt was incurred  _ | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$495,000.00** |
| | **Boilermaker-Blacksmith** | ☐ Contingent | |
| | **National Pension Trust** | ☐ Unliquidated | |
| | **754 Minnesota Ave.** | ☐ Disputed | |
| | **Kansas City, KS 66101** | Basis for the claim:  **Pension liablity** | |
| | Date(s) debt was incurred  _ | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | |
|---|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00** |
| | **Boilermaker-Blacksmith NPT** | ☐ Contingent |
| | **c/o Blake & Uhlig PA** | ☐ Unliquidated |
| | **475 New Brotherhood Building** | ☐ Disputed |
| | **753 State Avenue** | |
| | **Kansas City, KS 66101** | **Basis for the claim:** __Additional notice.__ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00** |
| | **Boilermakers Local No. 104** | ☐ Contingent |
| | **Lance Hickey, VP/Asst. BM** | ☐ Unliquidated |
| | **2800 1st Ave., Suite 220** | ☐ Disputed |
| | **Seattle, WA 98121** | **Basis for the claim:** __Notice only.__ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00** |
| | **Brett E LaFever** | ☐ Contingent |
| | **3108 Crestline Place** | ☐ Unliquidated |
| | **Longview, WA 98632** | ☐ Disputed |
| | Date(s) debt was incurred __N/A__ | **Basis for the claim:** __Precautionary - Wages__ |
| | Last 4 digits of account number __N/A__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00** |
| | **Brian E Crews** | ☐ Contingent |
| | **3299 Washington Way** | ☐ Unliquidated |
| | **Longview, WA 98632** | ☐ Disputed |
| | Date(s) debt was incurred __N/A__ | **Basis for the claim:** __Precautionary - Wages__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$1,160.22** |
| | **Brown Strauss Steel** | ☐ Contingent |
| | **150 Panel Way** | ☐ Unliquidated |
| | **Longview, WA 98632** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ |
| | Last 4 digits of account number __8310__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00** |
| | **Bud Clary Chevrolet** | ☐ Contingent |
| | **1030 Commerce Ave** | ☐ Unliquidated |
| | **Longview, WA 98632** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Precautionary.__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$2,513.23** |
| | **Burt & Associates** | ☐ Contingent |
| | **801 E. Campbell Road** | ☐ Unliquidated |
| | **Richardson, TX 75081** | ■ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Collections__ |
| | Last 4 digits of account number __2624__ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**C&H Distributers, Inc.**
POB 88031
Milwaukie, WI 53288

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Precautionary.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**C&H Industrial Tool and Supply**
1160 3rd Ave
Longview, WA 98632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Precautionary.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**C&L Auto Licensing**
957 14th Ave
Longview, WA 98632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Precautionary.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,020.52 |
|---|---|---|---|

**Carboline Co**
POB 931942
Cleveland, OH 44193

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number  __3000__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cascade Fire Safety, Inc.**
POB 244
Vancouver, WA 98666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Precautionary.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cascade Hydraulics and Machine**
POB 2787
Longview, WA 98632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Precautionary.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cascade Industrial Services**
14300 NE 20th D
102-231
Vancouver, WA 98686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Precautionary.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Cascade Natural Gas**<br>**POB 990065**<br>**Boise, ID 83799** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$95.43** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utility__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Cascade Networks**<br>**POB 887**<br>**Longview, WA 98632** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$150.49** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utility.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Cascade Nut and Bolt**<br>**POB 12787**<br>**Salem, OR 97309** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Precautionary.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**CCC of New York**<br>**34 Seymour St**<br>**Tonawanda, NY 14150** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1,702.42** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __0PDM__ | Basis for the claim: __Collections__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**CED**<br>**POB 1120**<br>**Vancouver, WA 98666** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Precautionary.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**CenturyLink**<br>**POB 91155**<br>**Seattle, WA 98111** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$122.17** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __853B__ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Charles D Gaultier**<br>**147 18th Ave**<br>**Longview, WA 98632** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __N/A__<br>Last 4 digits of account number _ | Basis for the claim: __Precautionary - Wages__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|
| | **Chester Scott**<br>**20359 Ilmari Rd**<br>**Clatskanie, OR 97016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **N/A** | Basis for the claim:  **Precautionary - Wages** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,320.71 |
|------|---|---|---|
| | **City of Longview**<br>**POB 128**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utilities.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|
| | **City of Longview B&O Tax**<br>**POB 128**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Precautionary.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.00 |
|------|---|---|---|
| | **City of Longview Finance Dept.**<br>**POB 128**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Governmental** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|
| | **Coast Aluminum**<br>**Dept 2940**<br>**Los Angeles, CA 90084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Precautionary.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|
| | **Columbia Riverkeeper**<br>**111 Third Street**<br>**Hood River, OR 97031** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lawsuit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|
| | **Columbia Security**<br>**POB 775**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Precautionary.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Corey G Wasson**<br>**4614 Windemere St**<br>**Longview, WA 98632** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred **N/A**<br>Last 4 digits of account number **N/A** | Basis for the claim: **Precautionary - Wages**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Cowlitz County Auditor**<br>**207 N 4th Ave**<br>**Room 206**<br>**Kelso, WA 98626** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Precautionary.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Cowlitz County Treasurer**<br>**207N 4th Ave**<br>**Kelso, WA 98626** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Precautionary - Personal Property Taxes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Cowlitz PUD**<br>**961 12th Ave**<br>**Longview, WA 98632** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,217.53** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Electric**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Curtis P Mattison**<br>**170 Michels Rd**<br>**Kelso, WA 98626** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred **N/A**<br>Last 4 digits of account number _ | Basis for the claim: **Precautionary - Wages**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Dean W Carriker**<br>**430 Nevada Drive**<br>**Longview, WA 98632** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred **N/A**<br>Last 4 digits of account number _ | Basis for the claim: **Precautionary - Wages**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Dennis W Kenyon**<br>**3666 N Wenas Rd**<br>**Selah, WA 98942** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred **N/A**<br>Last 4 digits of account number _ | Basis for the claim: **Precautionary - Wages**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dewar Alarm System**<br>**1105 N 4th Ave**<br>**Kelso, WA 98626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Precautionary. Alarm services.__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.52 |
|---|---|---|---|
| | **DEX**<br>**POB 79167**<br>**Phoenix, AZ 95062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Advertising__ | |
| | Last 4 digits of account number **5063** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Douglas Clay & Associates**<br>**1508 9th Ave**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Precautionary.__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Eli G Sancere**<br>**734 N Columbia Heights Rd**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **N/A** | Basis for the claim: __Precautionary - Wages__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ElkHorn Contracting, LLC**<br>**375 Haryu Road**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Precautionary__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Emerald Services, Inc.**<br>**2600 North Central Exp.**<br>**Suite 400**<br>**Richardson, TX 75080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Precautionary__ | |
| | Last 4 digits of account number **9361** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Everton J Schmidt**<br>**PO Box 936**<br>**Castle Rock, WA 98661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **N/A** | Basis for the claim: __Precautionary - Wages__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,094.16** |
|---|---|---|---|
| | **Farwest Steel**<br>**POB 1026**<br>**Eugene, OR 97440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Fastenal Company**<br>**POB 1286**<br>**Winona, MN 55987** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Precautionary.__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Faye Dietz**<br>**2853 NE Cole Avenue**<br>**McMinnville, OR 97128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Additional notice - secured party.__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Ferguson Enterprises**<br>**POB 847411**<br>**Dallas, TX 75284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Precautionary.__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Fire Systems West**<br>**206 Frontage Road North**<br>**Pacific, WA 98047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Precautionary.__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Forrest Technical Coatings**<br>**POB 22110**<br>**Eugene, OR 97402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Precautionary.__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Futcher Group**<br>**700 Lincoln St**<br>**Suite 200**<br>**Kelso, WA 98626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Precautionary.__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Galvanizers Company**<br>**2406 NW 30th Ave**<br>**Portland, OR 97210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Precautionary.__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Gary Bishop**<br>**365 24th Ave**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __N/A__ | Basis for the claim: __Precautionary - Wages__ | |
| | Last 4 digits of account number __N/A__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,583.59 |
|---|---|---|---|
| | **Grating Fabricators, Inc.**<br>**3001 SE Columbia Way**<br>**Building 41**<br>**Bay 3**<br>**Vancouver, WA 98661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.00 |
|---|---|---|---|
| | **Grating Pacific LLC**<br>**2775 N Front St**<br>**Woodburn, OR 97071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ayro__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Heavy Hauling Company, Inc.**<br>**2304 Talley Way**<br>**Kelso, WA 98626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Precautionary.__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **HUB International NW**<br>**POB 749672**<br>**Los Angeles, CA 90074** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Insurance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **IBPAT (Painter's) Union**<br>**6770 E Marginal Way South**<br>**Building E-321**<br>**Seattle, WA 98108** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Union__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**ICCI Paint**
**2090 Commerce Drive**
**Medford, OR 97504**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ideal Steel, Inc.**
**90693 Link Rd**
**Eugene, OR 97402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,702.42 |
| --- | --- | --- | --- |

**Ingold Law**
**5555 Main Street**
**Williamsville, NY 14221**

Date(s) debt was incurred _
Last 4 digits of account number **0300**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Collections**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Int'l Brotherhood of Boilermakers**
**2800 1st Ave**
**Suite 220**
**Seattle, WA 98121**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Union**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,219.23 |
| --- | --- | --- | --- |

**International Paint LLC**
**POB 849202**
**Dallas, TX 75284**

Date(s) debt was incurred _
Last 4 digits of account number **29US**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**James A Lee**
**4636 SR4**
**Longview, WA 98632**

Date(s) debt was incurred **N/A**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**James C Wright**
**2428 N Standard St**
**Spokane, WA 99207**

Date(s) debt was incurred **N/A**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|-------|

**James E Fisher**
**152 Cowlitz Gardens**
**Kelso, WA 98626**

Date(s) debt was incurred  **N/A**

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|-------|

**James J Cox**
**PO Box 203**
**Toutle, WA 98649**

Date(s) debt was incurred  **N/A**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|-------|

**Jeff A Quick**
**3042 Florida St**
**Longview, WA 98632**

Date(s) debt was incurred  **N/A**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|-------|

**Jeff Spendlove**
**17907 Beaver Falls Rd**
**Clatskanie, OR 97016**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Additional notice - secured party.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|-------|

**Jeremy A Junnikkala**
**2249 46th Ave**
**Longview, WA 98632**

Date(s) debt was incurred  **N/A**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|-------|

**JH Kelly**
**821 Third Avenue**
**POB 2038**
**Longview, WA 98632**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|-------|

**John J McAllister**
**368 18th Ave**
**Longview, WA 98632**

Date(s) debt was incurred  **N/A**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Wages**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John S Geis**
**72129 Apiary Rd**
**Rainier, OR 97048**

Date(s) debt was incurred **N/A**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathon M Boaglio**
**508 S 3rd Ave**
**Kelso, WA 98626**

Date(s) debt was incurred **N/A**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kaeleen Vargas**
**1209 20th #3**
**Longview, WA 98632**

Date(s) debt was incurred **N/A**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karen Askin**
**1305 S. 11th Ave**
**Kelso, WA 98626**

Date(s) debt was incurred **N/A**

Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karl H Graichen**
**21718 Lindberg Rd**
**Clatskanie, OR 97016**

Date(s) debt was incurred **N/A**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,892.38 |
|---|---|---|---|

**Kennedy/Jenks**
**421 SW 6th Ave**
**Suite 1000**
**Portland, OR 97204**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth A Nestor**
**8716 Shoshone Way**
**Orange Vale, CA 95662**

Date(s) debt was incurred **N/A**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 17-41744-BDL    Doc 1    Filed 05/01/17    Ent. 05/01/17 12:59:47    Pg. 28 of 62

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kevin D Rahn**<br>**1315 14th Ave**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Precautionary. Legal Services.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kloeckner Metals**<br>**Department 0513**<br>**Los Angeles, CA 90084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Precautionary.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kory McClain**<br>**2347 German Creek Rd**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **N/A** | Basis for the claim: **Precautionary - Wages** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,032.82 |
|---|---|---|---|
| | **La Grand Industrial Supply**<br>**POB 1959**<br>**Portland, OR 97207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number  **1600** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Lance G Fisk**<br>**651 N Keller**<br>**East Wenatchee, WA 98801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **N/A** | Basis for the claim: **Precautionary - Wages** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LG Isaacson Company**<br>**POB 127**<br>**Aberdeen, WA 98520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Precautionary.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.00 |
|---|---|---|---|
| | **Lowes Machine**<br>**201 Frank Smith Rd**<br>**Toutle, WA 98649** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Machinist H&W Fund** | ☐ Contingent | |
| | **POB 34085** | ☐ Unliquidated | |
| | **Seattle, WA 98124** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Union__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Machinist Union (IAM)** | ☐ Contingent | |
| | **9135 15th Place** | ☐ Unliquidated | |
| | **Seattle, WA 98108** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Union__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Machinists District Lodge 160** | ☐ Contingent | |
| | **Greg Heidal** | ☐ Unliquidated | |
| | **3516 S. 47th St., Ste. 105** | ☐ Disputed | |
| | **Tacoma, WA 98409** | **Basis for the claim:** __Notice only.__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Mark Fleischauer** | ☐ Contingent | |
| | **831 3rd Ave.** | ☐ Unliquidated | |
| | **Longview, WA 98632-2105** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Notice only - attorney for JH Kelly and WELD Inc.__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Mark's Metals Technology** | ☐ Contingent | |
| | **POB 95** | ☐ Unliquidated | |
| | **Clackamas, OR 97015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Precautionary.__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,312.40 |
| | **Mathesson Tri-Gas Inc.** | ☐ Contingent | |
| | **Dept. LA 23793** | ☐ Unliquidated | |
| | **Pasadena, CA 91185** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Matthew D Harding** | ☐ Contingent | |
| | **264 W. Beacon Hill Drive** | ☐ Unliquidated | |
| | **Longview, WA 98632** | ☐ Disputed | |
| | Date(s) debt was incurred __N/A__ | **Basis for the claim:** __Precautionary - Wages__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| Debtor | **Wayron, LLC** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **McMaster Carr**<br>**POB 7690**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Precautionary.__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Michael D Olson**<br>**1987 A State Hwy 6**<br>**Chehalis, WA 98532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __N/A__ | Basis for the claim: __Precautionary - Wages__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Michael P Olson**<br>**406 Rons Court**<br>**Kelso, WA 98626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __N/A__ | Basis for the claim: __Precautionary - Wages__ | |
| | Last 4 digits of account number __N/A__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Michael R Puvogel**<br>**2325 Jennifer Place**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __N/A__ | Basis for the claim: __Precautionary - Wages__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Michael R Sager**<br>**2324 Jennifer Place**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __N/A__ | Basis for the claim: __Precautionary - Wages__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Miller Paint Company**<br>**POB 20609**<br>**Portland, OR 97294** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Precautionary.__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Minuteman Press**<br>**402 West Main**<br>**Kelso, WA 98626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Precautionary.__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Miranda L Wagner** | ☐ Contingent | |
| | **1213 Ross St** | ☐ Unliquidated | |
| | **Kelso, WA 98626** | ☐ Disputed | |
| | Date(s) debt was incurred **N/A** | Basis for the claim: **Precautionary - Wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Moises D Mercado** | ☐ Contingent | |
| | **2904 L Street** | ☐ Unliquidated | |
| | **Vancouver, WA 98663** | ☐ Disputed | |
| | Date(s) debt was incurred **N/A** | Basis for the claim: **Precautionary - Wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Motion Industries** | ☐ Contingent | |
| | **POB 98412** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Precautionary.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Mutual of Enumclaw** | ■ Contingent | |
| | **POB 34983** | ☐ Unliquidated | |
| | **Seattle, WA 98124** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Insurance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,123.15 |
|---|---|---|---|
| | **NACM Business Credit Svcs** | ☐ Contingent | |
| | **910 SW Spokane St., Bldg A.** | ☐ Unliquidated | |
| | **Seattle, WA 98134** | ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Collections** | |
| | Last 4 digits of account number **1294** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **National Board** | ☐ Contingent | |
| | **Boiler & Pressure Vessel Insp** | ☐ Unliquidated | |
| | **1055 Crupper Ave** | ☐ Disputed | |
| | **Columbus, OH 43229** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Precautionary.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Nels B Hendrickson** | ☐ Contingent | |
| | **2131 35th Ave** | ☐ Unliquidated | |
| | **Longview, WA 98632** | ☐ Disputed | |
| | Date(s) debt was incurred **N/A** | Basis for the claim: **Precautionary - Wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**NLRB**
**1015 Half Street SE**
**Washington, DC 20570**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,259.70 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Northwest Steel and Pipe**
**POB 11247**
**Tacoma, WA 98411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Office Express**
**2304 Talley Way**
**Kelso, WA 98626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Office Systems**
**1427 15th Ave**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Oregon Secretary of State**
**Corporation Div**
**POB 4353**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Pacific Energy Group**
**801 Main Street**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary. Utility.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Pacific Machinery and Tool**
**3445 SW Luzon St**
**Portland, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,574.59 |
| --- | --- | --- | --- |

**Pacific Northwest Collections**
**819 Pacific Ave.**
**Tacoma, WA 98402**

Date(s) debt was incurred _

Last 4 digits of account number  **0311**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Painters Local 10**
**(& Allied Trades)**
**Jeff Brooks**
**11105 NE Sandy Blvd.**
**Portland, OR 97220**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,094.16 |
| --- | --- | --- | --- |

**Paladin Commercial Group Inc.**
**12200 E Briarwood Ave**
**Suite 250**
**Centennial, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number  **6477**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Collections**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Gary L Palmer**
**443 N Mapve Hill Rd**
**Kelso, WA 98626**

Date(s) debt was incurred  **N/A**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Wages**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Pape Material Handling**
**POB 5077**
**Portland, OR 97208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Paul E Dean**
**PO Box 1216**
**Clatskanie, OR 97016**

Date(s) debt was incurred  **N/A**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Wages**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Paul J Fehr**
**3102 Hawthorne St**
**Longview, WA 98632**

Date(s) debt was incurred  **N/A**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Wages**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PCCI**
**POB 84162**
**Seattle, WA 98124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,702.42 |
|---|---|---|---|

**PDM Service Centers, Inc.**
**POB 740975**
**Los Angeles, CA 90074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2220**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Performance Sheet Metal**
**POB 1456**
**Longview, WA 98632**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $534.20 |
|---|---|---|---|

**Professional Services Inc.**
**7192 Solution Center**
**Chicago, IL 60677**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number  **1379**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Puget Sound Pipe & Supply Co.**
**POB 97010**
**Kent, WA 98064**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Randal D Byrum**
**120 Laughlin Rd**
**Castle Rock, WA 98611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **N/A**

Basis for the claim:  **Precautionary - Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rem Steel Sales, Inc.**
**9109 N. Wilbur Ave**
**Portland, OR 97217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 17-41744-BDL    Doc 1    Filed 05/01/17    Ent. 05/01/17 12:59:47    Pg. 35 of 62

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Richard A Myers**
**1210 Maxwell Lane**
**Kelso, WA 98626**

Date(s) debt was incurred **N/A**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Richard Crenshaw**
**20 Pacific Place**
**Longview, WA 98632**

Date(s) debt was incurred **N/A**

Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Ricky D Lovett**
**3277 Washington Way**
**Longview, WA 98632**

Date(s) debt was incurred **N/A**

Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Robert E Colin**
**124 Adams Drive**
**Kelso, WA 98626**

Date(s) debt was incurred **N/A**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Robert G McCain**
**176 Hometown Dr**
**Kelso, WA 98626**

Date(s) debt was incurred **N/A**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Robert K Stone**
**2122 S Silver Lake Rd**
**Castle Rock, WA 98661**

Date(s) debt was incurred **N/A**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Rod Alahashimi**
**5600 Mt Solo Rd #120**
**Longview, WA 98632**

Date(s) debt was incurred **N/A**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** Nonpriority creditor's name and mailing address
**Rogers Machinery Company Inc.**
**POB 230429**
**Portland, OR 97281**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.149** Nonpriority creditor's name and mailing address
**Ronnie Nakonsky**
**5609 Finch Dr #122**
**Longview, WA 98632**

Date(s) debt was incurred __N/A__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Wages__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.150** Nonpriority creditor's name and mailing address
**Rusty R Kaufman**
**1166 10th Ave**
**Longview, WA 98632**

Date(s) debt was incurred __N/A__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Wages__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.151** Nonpriority creditor's name and mailing address
**S&R Sheet Metal, Inc.**
**1300 Walnut St**
**Kelso, WA 98626**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.152** Nonpriority creditor's name and mailing address
**Safway Services, Inc.**
**2409 Talley Way**
**Kelso, WA 98626**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,647.00

---

**3.153** Nonpriority creditor's name and mailing address
**Samuel W Drake**
**831 S Clark St**
**Longview, WA 98632**

Date(s) debt was incurred __N/A__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Wages__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154** Nonpriority creditor's name and mailing address
**Scott P McSkimming**
**345 20th Ave**
**Longview, WA 98632**

Date(s) debt was incurred __N/A__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Wages__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address**<br>**Seaport Steel**<br>**POB 3625**<br>**Seattle, WA 98124**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,800.00** |
| 3.156 | **Nonpriority creditor's name and mailing address**<br>**Seattle Galvanizing Company**<br>**6010 199th St NE**<br>**Arlington, WA 98223**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Precautionary.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.157 | **Nonpriority creditor's name and mailing address**<br>**Sherwin Williams**<br>**1740 SE Powell Blvd**<br>**Gresham, OR 97030**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __3463__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19,956.08** |
| 3.158 | **Nonpriority creditor's name and mailing address**<br>**Sierra Springs**<br>**POB 660579**<br>**Dallas, TX 75266**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __7900__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$127.25** |
| 3.159 | **Nonpriority creditor's name and mailing address**<br>**Skyline Steel, LLC**<br>**24771 Network Place**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Precautionary.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.160 | **Nonpriority creditor's name and mailing address**<br>**Ralph S Spears**<br>**1154 Spirit Lake Hwy**<br>**Castle Rock, WA 98611**<br><br>Date(s) debt was incurred __N/A__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Precautionary - Wages__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.161 | **Nonpriority creditor's name and mailing address**<br>**Stan M Kephart**<br>**1515 Baltimore Ave**<br>**Longview, WA 98632**<br><br>Date(s) debt was incurred __N/A__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Precautionary - Wages__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State of Washington**
**Dept. of Ecology**
**POB 34050**
**Seattle, WA 98124**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Fees, Fines**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State of Washington**
**Dept. of Labor & Industries**
**POB 24106**
**Seattle, WA 98124**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Fees, Fines**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State of Washington**
**Dept. of Labor & Industries**
**Boiler Pressure Vessel Sect**
**POB 44410**
**Olympia, WA 98504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State of Washington**
**Employment Security**
**POB 34467**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,130.00 |
|---|---|---|---|

**Steel Painters Inc.**
**700 Colorado St**
**Kelso, WA 98626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen D Hoyt**
**116 Clark Creek Lane**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **N/A**

Basis for the claim: **Precautionary - Wages**

Last 4 digits of account number **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stud Welding Supply**
**2119 SE Columbia Way**
**Vancouver, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,981.72 |
|---|---|---|---|
| | **Superior Tire Service**<br>**650 14th Ave**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.50 |
|---|---|---|---|
| | **Sutinen Consulting**<br>**POB 1253**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Professional Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $724.14 |
|---|---|---|---|
| | **SW Washington Clean Air Agency**<br>**11815 NE 99th St**<br>**Suite 1294**<br>**Vancouver, WA 98682** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Three Rivers Industrial Machine**<br>**2201 Talley Way**<br>**Kelso, WA 98626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Precautionary.__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Timothy J Fletcher**<br>**501 Cowlitz Way**<br>**Kelso, WA 98626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __N/A__ | Basis for the claim: __Precautionary - Wages__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Tnemec Paint Company**<br>**POB 843797**<br>**Dallas, TX 75284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Precautionary.__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Todd R Stange**<br>**2355 30th Ave**<br>**Longview, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __N/A__ | Basis for the claim: __Precautionary - Wages__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Wayron, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.176** Nonpriority creditor's name and mailing address

**Triton Lawn & Yard Maintenance**
**POB 1206**
**Rainier, OR 97048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** Nonpriority creditor's name and mailing address

**TuCo Industrial Products, Inc.**
**5223 180th St Southwest**
**Suite 4A**
**Lynnwood, WA 98037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$796.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address

**Tyler W Puvogel**
**2325 Jennifer Place**
**Longview, WA 98632**

Date(s) debt was incurred  **N/A**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address

**UMTA**
**1919 NE Pacific St**
**Portland, OR 97232**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address

**United Employers Association**
**906 NE 19th Avenue**
**Portland, OR 97232**

Date(s) debt was incurred _
Last 4 digits of account number  **0117**

As of the petition filing date, the claim is: *Check all that apply.*  **$285.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** Nonpriority creditor's name and mailing address

**Vancouver Bolt & Supply, Inc.**
**805 West 11th St**
**Vancouver, WA 98660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$91.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** Nonpriority creditor's name and mailing address

**Vernon Jones**
**2518 38th Ave**
**Longview, WA 98632**

Date(s) debt was incurred  **N/A**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Wages**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Wayron, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Walstead Mertsching**
**POB 1549**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Precautionary.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,840.80 |
|---|---|---|---|

**Wasser Corporation**
**POB 347194**
**Pittsburg, PA 15251**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.97 |
|---|---|---|---|

**Waste Control, Inc.**
**1150 3rd Avenue**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade creditor__

Last 4 digits of account number __8570__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WELD, Inc.**
**Dan Evans**
**1318 River Road**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Property Lease/Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.11 |
|---|---|---|---|

**Wesco Evergreen Paint**
**POB 5003**
**Lynnwood, WA 98046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Western Fabrication Center Inc**
**2203 Talley Way**
**Kelso, WA 98626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Precautionary.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,478.20 |
|---|---|---|---|

**Western Metals Industry Pension**
**POB 23159**
**Seattle, WA 98102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Pension Liablity__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wayron, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.64 |
|---|---|---|---|

**Wilcox & Flegel**
**POB 69**
**Longview, WA 98632**

Date(s) debt was incurred \_

Last 4 digits of account number \_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William F Gressett**
**219 Painter Roth Rd**
**Kelso, WA 98626**

Date(s) debt was incurred **N/A**

Last 4 digits of account number \_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William L McCain**
**3635 Pennsylvania St**
**Longview, WA 98632**

Date(s) debt was incurred **N/A**

Last 4 digits of account number \_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William M Puvogel**
**2325 Jennifer Place**
**Longview, WA 98632**

Date(s) debt was incurred **N/A**

Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Woods Logging & Supply**
**PO Drawer K**
**Longview, WA 98632**

Date(s) debt was incurred \_

Last 4 digits of account number \_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 938,327.80 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 938,327.80 |

Debtor name **Wayron, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Month-to-month real property lease.** | |
| State the term remaining | | **WELD, Inc.** |
| | | **Dan Evans** |
| List the contract number of any government contract | _____ | **1318 River Road** |
| | | **Longview, WA 98632** |

Debtor name    **Wayron, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Faye Dietz** | **2853 NE Cole Avenue** **McMinnville, OR 97128** | **WELD, Inc.** | ☐ D _____ ☐ E/F _____ ■ G  **2.1** |
| 2.2 **Jeff Spendlove** | **17907 Beaver Falls Rd** **Clatskanie, OR 97016** | **WELD, Inc.** | ☐ D _____ ☐ E/F _____ ■ G  **2.1** |

Fill in this information to identify the case:

Debtor name    **Wayron, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$107,324.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,642,198.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$3,423,712.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | Interest | **$70.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | Interest | **$991.00** |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Cowlitz PUD** **961 12th Ave** **Longview, WA 98632** | **2/28/17;** **3/14/17;** **3/27/17;** **4/3/17** | **$6,678.60** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Utility** |
| 3.2. | **WELD, Inc.** **Dan Evans** **1318 River Road** **Longview, WA 98632** | **02/01/17;** **3/01/17;** **4/1/17** | **$48,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent** |
| 3.3. | **Ehli Auctions** **9415 Pacific Ave.** **Tacoma, WA 98444** | **4/3/17;** **4/25/17** | **$30,586.56** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Auctioneer** |
| 3.4. | **Tonkon Torp LLP** **1600 Pioneer Tower - 888 SW Fifth Ave.** **Portland, OR 97204** | **2/7/17** **($1,297.50);** **3/20/17** **($2,023.50);** **3/28/17 ($99);** **4/25/17** **($5,313);** **4/30/17** **($3,846.50)** **and 5/1/17** **($822.50** **includes** **filing fee of** **$335)** | **$13,420.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Legal services** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Faye Dietz and Jeff Spendlove** **2853 NE Cole Avenue** **McMinnville, OR 97128** **Members** | **See attachment.** | **$297,105.08** | **Secured loan payments and sale of collateral.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Wayron, LLC<br>and<br>International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers of America, Local 104; The International Assocation of Machinists and Aerospace Workers, AFL-CIO, District Lodge 160, Local Lodge 1350; and the International Union of Painters and Allied Trades, District Council 5<br>19-CA-032983** | **Union payments.** | **National Labor Relations Board<br>915 2nd Ave #2948<br>Seattle, WA 98174** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Columbia Riverkeeper<br>v.<br>Wayron, LLC<br>3:17-cv-05096-RBL** | **Violation of Clean Water Act. Case dismissed without prejudice.** | **US District Court Western District of Washington<br>1717 Pacific Ave.<br>Tacoma, WA 98402** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Alaska Cascade Financial Services<br>v.<br>Wayron, LLC<br>17 2 00205 5** | **Collections - Seaport Steel** | **Cowlitz County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Wayron, LLC v City of Longview<br>14 2 009675** | **Overcharges for services** | **Cowlitz County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Tonkon Torp LLP<br>1600 Pioneer Tower - 888 SW Fifth Ave.<br>Portland, OR 97204** | | **2/7/2017** | **$1,297.50** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Tonkon Torp LLP<br>1600 Pioneer Tower - 888 SW Fifth Ave.<br>Portland, OR 97204** | | **3/20/2017** | **$1,503.50** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Tonkon Torp LLP**<br>**1600 Pioneer Tower - 888 SW**<br>**Fifth Ave.**<br>**Portland, OR 97204** | | **3/28/2017** | **$99.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Tonkon Torp LLP**<br>**1600 Pioneer Tower - 888 SW**<br>**Fifth Ave.**<br>**Portland, OR 97204** | **Retainer.** | **4/5/2017** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Tonkon Torp LLP**<br>**1600 Pioneer Tower - 888 SW**<br>**Fifth Ave.**<br>**Portland, OR 97204** | **Paid from retainer received 4/5/2017.** | **4/25/2017** | **$4,053.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.6. | **Tonkon Torp LLP**<br>**1600 Pioneer Tower - 888 SW**<br>**Fifth Ave.**<br>**Portland, OR 97204** | **Paid from retainer received 4/5/2017.** | **4/30/2017** | **$3,544.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.7. | **Tonkon Torp LLP**<br>**1600 Pioneer Tower - 888 SW**<br>**Fifth Ave.**<br>**Portland, OR 97204** | **Paid from retainer received 4/5/2017 (includes filing fee of $335).** | **5/1/17** | **$822.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Bud Clary Chevrolet 1030 Commerce Ave Longview, WA 98632 | **Sale of following titled vehicles for amounts noted: 1996 Chevrolet ($1000), 2004 Chevrolet ($12,000), 2007 Chevrolet ($6,500), 2007 Chevrolet ($17,000), 2007 Chevrolet ($16,000), 2008 Chevrolet ($10,000), 2007 Chevrolet ($19,000), and 2009 Chevrolet ($16,500).** | **January 17, 2017** | **$98,000.00** |
| | Relationship to debtor | | | |
| 13.2. | Ehli Auctions 9415 Pacific Ave. Tacoma, WA 98444 | **Auction of substantially all of Debtor's machinery, equipment, and inventory on April 13, 2017. Detailed auctioneers' report available on request.** | **April 13, 2017** | **$232,815.56** |
| | Relationship to debtor | | | |
| 13.3. | Ehli Auctions 9415 Pacific Ave. Tacoma, WA 98444 | **1998 Great Dane 45' HiBoy Flatbed Trailer (VIN #1GRDM9421JM007406)** | **April 13, 2017** | **$2,600.00** |
| | Relationship to debtor | | | |
| 13.4. | Ehli Auctions 9415 Pacific Ave. Tacoma, WA 98444 | **2004 Load-Trail Tandem Dual Axle 27+5 Gooseneck Trailer w/(2) Bunks (VIN# 1GBJ6H1J104835)** | **April 13, 2017** | **$7,250.00** |
| | Relationship to debtor | | | |
| 13.5. | Ehli Auctions 9415 Pacific Ave. Tacoma, WA 98444 | **1997 Chevrolet C6500 Flatbed, Diesel, Manaul (VIN# 1GBJ6H1J1VJ104835)** | **April 13, 2017** | **$5,200.00** |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|----------------------------------------------------------------------------|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|--|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
| 18.1. | US National Bank 1452 Hudson St. Longview, WA 98632 | XXXX-4055 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | January 2016 | $999.96 |
| 18.2. | US National Bank 1452 Hudson St. Longview, WA 98632 | XXXX-5397 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | January 2017 | $537.23 |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **US National Bank** 1452 Hudson St. Longview, WA 98632 | **XXXX-7404** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **January 2017** | **$0.00** |
| 18.4. | **US National Bank** 1452 Hudson St. Longview, WA 98632 | **XXXX-7396** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **January 2017** | **$0.00** |
| 18.5. | **US National Bank** 1452 Hudson St. Longview, WA 98632 | **XXXX-5795** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **January 2017** | **$0.00** |
| 18.6. | **Key Bank** 1750 Hudson St Longview, WA 98632 | **XXXX-8794** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Certificate of Deposit** | **December 2016** | **$12,111.08** |
| 18.7. | **US National Bank** 1452 Hudson St. Longview, WA 98632 | **XXXX-1909** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Credit card machine** | **February 2017** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| WELD, Inc.<br>Dan Evans<br>1318 River Road<br>Longview, WA 98632 | 1133 California Way, 1110 California Way, 1201 Baltimore St., 1215 Baltimore St., and 1221 Baltimore St.<br>Longview, WA 98632 | Heating/cooling systems, bankers boxes, plumbing/electrical fixtures | Unknown |
| JH Kelly<br>821 Third Avenue<br>POB 2038<br>Longview, WA 98632 | 1133 California Way<br>Longview, WA 98632 | Paint (original value of $16,000) | $0.00 |
| Western Fabrication Center, Inc.<br>2203 Talley Way<br>Kelso, WA 98626 | 1133 California Way<br>Longview, WA 98632 | Large bagplant, small bagplant, sand transfer system, sand recovery system. | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☐ No.
    ■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Wayron, LLC<br>1215 Baltimore<br>Longview, WA 98632 | State of Washington Dept. of Ecology-Stormwater<br>300 Desmond Drive<br>Lacey, WA 98503-1274 | NPDES | 10/25/16 |

Case 17-41744-BDL    Doc 1    Filed 05/01/17    Ent. 05/01/17 12:59:47    Pg. 54 of 62

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Futcher Group, CPA**<br>**700 Lincoln St**<br>**Suite 200**<br>**Kelso, WA 98626** | **2004 - present.** |
| 26a.2.   **Faye Dietz**<br>**Wayron, LLC**<br>**1133 California Way**<br>**Longview, WA 98632** | **2004 - present.** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
        within 2 years before filing this case.

    ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Faye Dietz**<br>**Wayron, LLC**<br>**1133 California Way**<br>**Longview, WA 98632** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
        statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Spendlove | 17907 Beaver Falls Rd Clatskanie, OR 97016 | Member | 49 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Faye Dietz | 2853 NE Cole Avenue McMinniville, OR 97128 | Managing Member | 51 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Faye Dietz** 2853 NE Cole Avenue McMinniville, OR 97128 | $75,000.64 | See attached. | Compensation. |
| | Relationship to debtor Member | | | |
| 30.2 | **Jeff Spendlove** 17907 Beaver Falls Rd Clatskanie, OR 97016 | $70,000.32 | See attached. | Compensation. |
| | Relationship to debtor Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS**
**#4 INSIDER PAYMENTS OR OTHER PROPERTY TRANSFERS**

| Name | Date of Payment | Amount | Reason for Payment |
|---|---|---|---|
| Faye Dietz and Jeff Spendlove | 5/20/2016 | $4,982.46 | Secured loan payment |
| Faye Dietz and Jeff Spendlove | 6/20/2016 | $4,982.46 | Secured loan payment |
| Faye Dietz and Jeff Spendlove | 7/20/2016 | $4,982.46 | Secured loan payment |
| Faye Dietz and Jeff Spendlove | 8/19/2016 | $4,982.46 | Secured loan payment |
| Faye Dietz and Jeff Spendlove | 9/20/2016 | $4,982.46 | Secured loan payment |
| Faye Dietz and Jeff Spendlove | 10/20/2016 | $4,982.46 | Secured loan payment |
| Faye Dietz and Jeff Spendlove | 11/28/2016 | $4,982.46 | Secured loan payment |
| Faye Dietz and Jeff Spendlove | 12/20/2016 | $4,982.46 | Secured loan payment |
| Faye Dietz and Jeff Spendlove | 1/20/2017 | $4,982.46 | Secured loan payment |
| Faye Dietz and Jeff Spendlove | 2/20/2017 | $4,982.46 | Secured loan payment |
| Faye Dietz and Jeff Spendlove | 3/20/2017 | $4,982.46 | Secured loan payment |
| Faye Dietz and Jeff Spendlove | 4/20/2017 | $4,982.46 | Secured loan payment |
| Faye Dietz and Jeff Spendlove | 4/25/2017 | $232,815.56 | Proceeds from collateral |
| Faye Dietz and Jeff Spendlove | 4/26/2017 | $4,500.00 | Proceeds from collateral |
| **TOTAL:** | | **$297,105.08** | |

**ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS**
**#30 INSIDER PAYMENTS, DISTRIBUTIONS, OR WITHDRAWALS (1 YEAR)**

| Name | Relationship to Debtor | Check 1 Amount | Check 2 Amount | Total Amount | Date | Reason for Providing |
|------|------------------------|----------------|----------------|--------------|------|----------------------|
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 5/5/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 5/19/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 6/2/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 6/16/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 6/30/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 7/14/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 7/28/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 8/11/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 8/25/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 9/8/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 9/22/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 10/6/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 10/20/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 11/3/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 11/17/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 12/1/2016 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 1/1/2017 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 1/12/2017 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 1/26/2017 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 2/9/2017 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 2/23/2017 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 3/9/2017 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 3/23/2017 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 4/6/2017 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 4/20/2017 | Compensation. |
| Faye Dietz | Insider | $2,075.38 | $809.26 | $2,884.64 | 4/26/2017 | Compensation. |
| **TOTAL:** | | | | **$75,000.64** | | |

**ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS**
**#30 INSIDER PAYMENTS, DISTRIBUTIONS, OR WITHDRAWALS (1 YEAR)**

| Name | Relationship to Debtor | Check 1 Amount | Check 2 Amount | Total Amount | Date | Reason for Providing |
|------|------------------------|----------------|----------------|--------------|------|----------------------|
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 5/5/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 5/19/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 6/2/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 6/16/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 6/30/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 7/14/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 7/28/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 8/11/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 8/25/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 9/8/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 9/22/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 10/6/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 10/20/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 11/3/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 11/17/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 12/1/2016 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 1/1/2017 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 1/12/2017 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 1/26/2017 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 2/9/2017 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 2/23/2017 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 3/9/2017 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 3/23/2017 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 4/6/2017 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 4/20/2017 | Compensation. |
| Jeff Spendlove | Insider | $2,004.77 | $687.55 | $2,692.32 | 4/26/2017 | Compensation. |
| **TOTAL:** | | | | **$70,000.32** | | |

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 1, 2017**

**/s/ Jeff Spendlove**                                    **Jeff Spendlove**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re  **Wayron, LLC** _____  Case No. _____

                              Debtor(s)                              Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................. $ _____**0.00**

    Prior to the filing of this statement I have received ..................................... $ _____**10,985.00**

    Balance Due ................................................................................................. $ _____**0.00**

2.  $  **335.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor          ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**5/1/2017** _____          **/s/ Albert N. Kennedy**
_Date_                                              **Albert N. Kennedy WASB No. 15074**
                                                    _Signature of Attorney_
                                                    **Tonkon Torp LLP**
                                                    **1600 Pioneer Tower**
                                                    **888 SW Fifth Ave**
                                                    **Portland, OR 97204-2099**
                                                    **503-221-1440  Fax: 503-274-8779**
                                                    _Name of law firm_

---