Form ntcdefni (03/2016)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

| | |
|---|---|
| In Re: Wayron, LLC<br>Debtor(s). | Case No.: 17–41744–BDL<br>Chapter: 7 |

## NOTICE OF DEFICIENT FILING

## FOR NON–INDIVIDUAL DEBTORS

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **May 1, 2017**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) with the court on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**        **May 16, 2017**

Customized Income and Expense Statements

**CREDIT COUNSELING REQUIREMENT:**

This requirement has been satisfied

DATED: **May 1, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　Mark L. Hatcher
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*